IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| **DYWANE HOWARD,** <br> **TDCJ No. 02112310,** <br><br> Petitioner, <br><br> v. <br><br> **BRYAN COLLIER, Executive Director,** <br> **Texas Department of Criminal Justice,** <br><br> Respondent. | § § § § § § § § § § § § § <br><br> Civil Action No. 7:20-cv-132-O-BP |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

This is a habeas action brought pursuant to 28 U.S.C. § 2254 in which Petitioner challenges his Archer County, Texas, conviction for manufacture/delivery of a controlled substance of greater than or equal to four grams but less than 200 grams. The United States Magistrate Judge entered his Findings, Conclusions, and Recommendation in which he recommends that the petition be dismissed as time barred. ECF No. 15. Petitioner did not file objections.

The District Court reviewed the Findings, Conclusions, and Recommendation for plain error. Finding no error, I am of the opinion that the findings of fact, conclusions of law, and reasons for dismissal set forth in the Magistrate Judge's Recommendation are correct and they are hereby adopted and incorporated by reference as the Findings of the Court.

For the foregoing reasons, the petition for writ of habeas corpus is **DISMISSED** as barred by the statute of limitations.

**SO ORDERED** this **12th day** of **August, 2021**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE